IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAPHAEL AWINO | § | |
| Petitioner, | § | |
| VS. | § | NO. 3-08-CV-0667-M |
| WARDEN JILL WATSON, ET AL. | § | |
| Respondents. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, except that the date in the second sentence of the paragraph under I should be May 9, <u>2008</u>, and except for that correction those Findings are hereby accepted as the Findings of the Court.

SO ORDERED this 13th day of June, 2008.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**